IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN COVERT,       :<br>    Plaintiff         :<br>                    :<br>    v.               :<br>                      :<br>RN BRENDA HOUSER, et al.,  :<br>    Defendants        : | No. 1:20-cv-02022<br><br>(Judge Kane) |

**ORDER**

**AND NOW**, on this 16th day of February 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 13) is **DISMISSED WITH PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania